1  HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ALICIA G. LEBUS, ) | Case No.: 1:09-CV-00448-GSA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (45) days up through and including Monday, October 26, 2009 in which to deliver to Regional Counsel/SSA her Confidential Letter. This extension is necessitated by the number of other cases (5) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

LAWRENCE G. BROWN
United States Attorney

Dated: September 3, 2009                         */s/ARMAND D. ROTH*
                                                  ARMAND D. ROTH
                                                  Special Assistant U.S. Attorney

Dated: September 3, 2009                         */s/HARVEY P. SACKETT*
                                                  HARVEY P. SACKETT
                                                  Attorney for Plaintiff,
                                                  ALICIA G. LEBUS

**IT IS SO ORDERED**.

Dated:    September 3, 2009                         **/s/ Gary S. Austin**
                                                  HON. GARY S. AUSTIN
                                                  U.S. Magistrate Judge

2

STIPULATION AND ORDER