1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ARMAND D. ROTH
4  Special Assistant United States Attorney
   California Bar No. 214624
5
        333 Market Street, Suite 1500
6       San Francisco, California 94105
        Telephone: (415) 977-8924
7       Facsimile: (415) 744-0134
        E-Mail:Armand.Roth@ssa.gov
8
9  Attorneys for Defendant Commissioner of Social Security

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                          **FRESNO DIVISION**

13

14 ALICIA LEBUS,                    )
                                    )   CIVIL NO. 09-448-GSA
15         Plaintiff,               )
                                    )
16         v.                       )   STIPULATION AND ORDER EXTENDING
                                    )   FOR DEFENDANT TO RESPOND TO
17 MICHAEL J. ASTRUE,               )   PLAINTIFF'S CONFIDENTIAL LETTER
                                    )
18 Commissioner of Social Security, )
                                    )
19         Defendant.               )
   _____  )

1    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the
2 approval of the Court, that Defendant shall have until January 11, 2010, to respond to Plaintiff's
3 confidential letter.  This extension is requested because Defendant's counsel will be on leave for over
4 two weeks in December and needs additional time to explore the possibility of settlement.

5                                    Respectfully submitted,

6                                    /s/ Harvey Peter Sackett *
                                     HARVEY PETER SACKETT
7                                    Plaintiff's Attorney
                                     * by Armand Roth by email authorization of 11/23//09
8
                                     BENJAMIN B. WAGNER
9                                    United States Attorney
                                     LUCILLE GONZALES MEIS
10                                   Regional Chief Counsel, Region IX
                                     Social Security Administration
11

12   Dated: November 30, 2009        /s/ Armand D. Roth
                                     ARMAND D. ROTH)
13                                   Special Assistant U.S. Attorney

14                                   Attorneys for Defendant

15                                **ORDER**

16     Upon the request of the parties, the stipulation is granted.  Defendant shall answer Plaintiff'
17 confidential letter no later than **January 11, 2010.**  Plaintiff's opening brief shall be due no later than
18 **February 10, 2010.**  Defendant's opposition shall be filed no later than **March 12, 2010.**  Plaintiff's
19 reply brief shall be due no later than **March 29, 2010.**

20

21

22     IT IS SO ORDERED.

23   Dated:   **November 30, 2009**              /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28