1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ARMAND D. ROTH
4  Special Assistant United States Attorney
   California Bar No. 214624
5
        333 Market Street, Suite 1500
6       San Francisco, California 94105
        Telephone: (415) 977-8924
7       Facsimile: (415) 744-0134
        E-Mail:Armand.Roth@ssa.gov
8

9  Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ALICIA G. LEBUS, | CIVIL NO. 09-cv-00448-GSA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR SENTENCE FOUR REMAND |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |
| Defendant. | |

The parties have agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to do the following:

(1) Conduct a new hearing, further develop the record and issue a new decision;

(2) Address the medical opinions, giving appropriate weight to the opinions of the treating physicians where warranted;

(3) Provide a residual functional capacity finding consistent with all evidence of record;

(4) Reassess the claimant's credibility; and

(5) Obtain new vocational expert testimony.

Respectfully submitted,

/s/ Harvey Peter Sackett  *
HARVEY PETER SACKETT
Plaintiff's Attorney
* by Armand Roth by email authorization of 1/5/2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

Dated: February 8, 2010    /s/ Armand D. Roth
ARMAND D. ROTH
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Upon review, the stipulation to remand is GRANTED and the action is REMANDED to the Commissioner. The Clerk is ordered to ENTER JUDGMENT IN FAVOR of Plaintiff Alicia Lebus and against Defendant Michael J. Astrue. Upon remand, the Appeals Council will instruct the Administrative Law Judge to do the following:

(1) Conduct a new hearing, further develop the record and issue a new decision;

(2) Address the medical opinions, giving appropriate weight to the opinions of the treating physicians where warranted;

(3) Provide a residual functional capacity finding consistent with all evidence of record;

(4) Reassess the claimant's credibility; and

(5) Obtain new vocational expert testimony.


IT IS SO ORDERED.

Dated:   **February 8, 2010**            **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE