HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA G. LEBUS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration,<br><br>　　　　Defendant. | No. C 09-0448 GSA<br><br>STIPULATION AND ORDER AWARDING ATTORNEY'S FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. § 2412(d)] |

　　　　Plaintiff and Defendant, through their respective attorneys, hereby stipulate that subject to the approval of the Court, Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of THREE THOUSAND FIVE HUNDRED ($3,500.00). This amount presents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

　　　　This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the

1
STIPULATION AND ORDER AWARDING ATTORNEY'S FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. § 2412(d)]

EAJA.  Payment of $3,500.00 in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: March 12, 2010                         */s/ HARVEY P. SACKETT*
                                              HARVEY P. SACKETT
                                              Attorney for Plaintiff
                                              ALICIA G. LEBUS


                                              BENJAMIN B. WAGNER
                                              United States Attorney


Dated: March 12, 2010                         /s/ *ARMAND D. ROTH*
                                              ARMAND D. ROTH
                                              Special Assistant United States Attorney


IT IS SO ORDERED.

Dated: May 12, 2010                              /s/ Gary S. Austin
                                              HON. GARY S. AUSTIN
                                              United States Magistrate Judge

2
STIPULATION AND ORDER AWARDING ATTORNEY'S FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. § 2412(d)]